United States District Court
Southern District of Texas
**ENTERED**
July 11, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASON SHEEDY, TDCJ #1360261, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-22-0368 |
| OFFICER LASHEA THOMPSON, et al., | § § § | |
| Defendants. | § § | |

### ORDER OF DISMISSAL

The plaintiff, Jason Sheedy (TDCJ #1360261), has filed a Prisoner's Civil Rights Complaint under 42 U.S.C. § 1983 ("Complaint") (Docket Entry No. 1) against several correctional officers at the Jester III Unit, alleging retaliation and other violations of his constitutional rights. Now pending before the court is Plaintiff's Motion for Voluntary Dismissal Pursuant to Federal Rules of Civil Procedure 41 (Docket Entry No. 17) and Plaintiff's Second Motion for Voluntary Dismissal Pursuant to Federal Rules of Civil Procedure 41 (Docket Entry No. 18).

A plaintiff may voluntarily dismiss an action under Rule 41(a) of the Federal Rules of Civil Procedure without a court order by filing a "notice of dismissal" before the opposing party serves either an answer or a motion for summary judgment. See Fed. R. Civ. P. 41(a)(1)(A)(i). The court has requested an answer from several of the defendants, but their answer is not yet due. See

Order of Partial Dismissal and Request for Answer, Docket Entry No. 12, p. 2. No other pleadings have been filed in this case. Because it does not appear that any party will be prejudiced by the dismissal, the plaintiff's request for voluntary dismissal will be granted.

Accordingly, the court **ORDERS** as follows:

1. Plaintiff's Motion for Voluntary Dismissal Pursuant to Federal Rules of Civil Procedure 41 (Docket Entry No. 17) and Plaintiff's Second Motion for Voluntary Dismissal Pursuant to Federal Rules of Civil Procedure 41 (Docket Entry No. 18) are **GRANTED**.

2. The prisoner civil rights action filed by Jason Sheedy is **DISMISSED without prejudice.**

**The Clerk shall also provide a copy of this Order of Dismissal to the parties of record.**

**SIGNED** at Houston, Texas, on this 11th day of July, 2022.

---
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE